Jennifer M. Kurtz, Esq.
The Law Office of Jennifer M. Kurtz
540 Old Bridge Turnpike
South River, NJ 08882
Phone: 732.390.5262
Fax: 732.390.2162
Attorneys for Plaintiff

RECEIVED

MAR 26 2013

AT 8:30_____M
WILLIAM T WALSH CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Carol Peterson and Douglas Peterson, : | |
| Plaintiff, : | Civil Case No.: 3:13-cv-00920-MAS-TJB |
| vs. : | |
| Admin Recovery, LLC., : | **NOTICE OF SETTLEMENT** |
| Defendant. : | |

NOW COMES the Plaintiff's, Carol Peterson and Douglas Peterson, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff's therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED: March 25, 2013    The Law Offices of Jennifer M. Kurtz, LLC

By:/s/ Jennifer M. Kurtz
Jennifer M. Kurtz
Attorney for Plaintiff

So Ordered this 26th day of March, 2013
_____