Jennifer M. Kurtz, Esq.
The Law Office of Jennifer M. Kurtz
540 Old Bridge Turnpike
South River, NJ 08882
Phone:  732.390.5262
Fax:  732.390.2162
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Carol Peterson and Douglas Peterson, | : | |
| Plaintiff, | : | Civil Case No.: 3:13-cv-00920-MAS-TJB |
| vs. | : | |
| Admin Recovery, LLC., | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Carol Peterson and Douglas Peterson (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, Admin Recovery, LLC., (Defendant), in this case.

DATED:  August 12, 2013        The Law Offices of Jennifer M. Kurtz, LLC

By:/s/ Jennifer M. Kurtz_
Jennifer M. Kurtz
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

1

I hereby certify that on August 12, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

.

/s/ Jennifer M. Kurtz
Jennifer M. Kurtz
Attorney for Plaintiff
